

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00035-CV

| | | |
|---|---|---|
| WILLIAM PAUL BURCH, Appellant | § | On Appeal from the 236th District Court |
| V. | § | of Tarrant County (236-307178-19) |
| | § | May 12, 2022 |
| NATIONSTAR MORTGAGE HOLDINGS, INC., Appellee | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order of dismissal is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr